JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| RICHARD THOMPSON,<br><br>    Plaintiff,<br><br>    v.<br><br>NORTHROP GRUMMAN SYSTEMS CORPORATION, a Delaware Corporation; and DOES 1 to 100, Inclusive,<br><br>    Defendants. | Case No. 2:20-cv-06333-RGK-PJW<br><br>**[~~PROPOSED~~] ORDER RE STIPULATION TO ARBITRATE PLAINTIFF'S CLAIMS AND DISMISS PROCEEDINGS**<br><br>(Diversity Jurisdiction: 28 U.S.C. §§ 1332, 1441, 1446) |

Having received and considered Plaintiff Richard Thompson's ("Plaintiff") and Defendant Northrop Grumman Systems Corporation's ("Defendant") Stipulation To Arbitrate Plaintiff's Claims And Dismiss Proceedings (the "Stipulation"), and good cause appearing, IT IS HEREBY ORDERED THAT:

1. Plaintiff shall submit the claims asserted in the Complaint against Defendant to final and binding arbitration before JAMS unless the Parties otherwise agree on a different arbitral forum;

2. The Parties shall comply with the terms of the Arbitration Program, which was included in Exhibit A to the Stipulation, except the Federal Rules of Civil Procedure shall govern written discovery and depositions in the arbitration proceedings; and

3. The Court proceedings in this action shall be dismissed in their entirety in favor of final binding arbitration, with the Court retaining jurisdiction of this action to enforce, modify, or vacate any arbitration award.

IT IS SO ORDERED.

DATED: August 12, 2020

*/s/ Gary Klausner*
_____
Hon. R. Gary Klausner
United States District Court Judge
for the Central District of California